UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Luis Ortiz-Correa,

        Plaintiff,

-against-

United States of America,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 20 CV 11056 (KMK)
17 CR 00737 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Howard E. Tanner, Esq., is to assume representation of Luis Ortiz-Correa, in the above captioned matter as of October 13, 2022. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is Tanner & Ortega, LLP, 175 Main Street, Suite 800, White Plains, New York, 10601; phone number 914-358-5998; Email: htanner@tannerortega.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       October 13, 2022